```
 1 │ MELINDA HAAG (CASBN 132612)
   │ United States Attorney
 2 │
 3 │ BRIAN J. STRETCH (CASBN 163973)
   │ Chief, Criminal Division
 4 │ JEFFREY B. SCHENK (CASBN 234355)
   │ Assistant United States Attorney
 5 │
 6 │   150 Almaden Boulevard
   │   San Jose, California 95113
   │   Telephone: (408) 535-2695
 7 │   Facsimile:  (408) 535-5066
   │   Email: jeffrey.b.schenk@usdoj.gov
 8 │
   │ Attorneys for the United States of America
 9 │
```

**FILED**

NOV 30 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 10-00433-PVT |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 2, 2010 TO DECEMBER 16, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | ) | |
| JARED WILLIAMS, | ) | |
| Defendant. | ) | |

    Currently, the parties are scheduled to appear before this Court on December 2, 2010. The parties agree and stipulate that the court appearance currently scheduled for December 2 should be continued to December 16, 2010. This continuance is necessary to allow for additional time for the defense counsel to effectively prepare and advise his client. The government and defense request an exclusion of time under the Speedy Trial Act based upon the above-stated reasons. Furthermore, with advice from the Court, the parties request that this matter be set at 1:30PM on December 16, 2010.

    The parties stipulate that the time between December 2, 2010 and December 16, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

1

requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: November 30, 2010

MELINDA HAAG
United States Attorney

　　　/s/
JEFFREY B. SCHENK
Assistant United States Attorney

　　　/s/
NICHOLAS HUMY
Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 2, 2010 and December 16, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: Nov. 30, 2010

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE